JEREMY J. GRAY (SBN 150075)
  *jgray@zuberlaw.com*
TATIANA SEMERJIAN NUNNERI (SBN 300493)
  *tnunneri@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
United Natural Foods West, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| NICOLAS CARO, an individual; MARTIN VELASQUEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATURAL FOODS WEST, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:16-cv-1091 <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a) and 1441(c)** |

**TO THE CLERK OF ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant United Natural Foods West, Inc. ("UNFI") hereby removes to this Court the State Court action entitled *Nicolas Caro and Martin Velasquez v. United Natural Foods West, Inc., et al.*, Case No. RIC1604661, currently pending in the Superior Court of the State of California in and for the County of Riverside (the "State Court Action"), based upon the original jurisdiction of the District Court pursuant to 28 U.S.C. §§ 1441(a), 1441(c), and 1446. The grounds for the removal are alleged as follows:

### Timeliness of Removal

1. On or about April 20, 2016, Plaintiffs Nicolas Caro ("Plaintiff Caro") and Martin Velasquez ("Plaintiff Velasquez") commenced the State Court Action in the Superior Court of the State of California in and for the County of Riverside by filing a Complaint captioned *Nicolas Caro and Martin Velasquez v. United Natural Foods West, Inc., and DOES 1 through 50, inclusive*, as Case No. RIC1604661. ("Complaint," attached hereto as Exhibit ("Exh") 1.)

2. UNFI was served with the Summons and Complaint in the State Court Action on April 29, 2016. (*See* Service of Process Transmittal, attached hereto as Exh. 2.)

3. UNFI filed its Answer to the Complaint on May 25, 2016. (*See* Answer, attached hereto as Exh. 8.)

4. UNFI is informed and believes that no person or entity designated as Defendants Does 1 through 50 has been served in the State Court Action.

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1441(a), because it embraces the county in which the State Court Action is pending.

### The Complaint is Removable Under Federal Question Jurisdiction

6. The State Court Action includes causes of action over which this Court has original and supplemental jurisdiction under 28 U.S.C. §§ 1331 and 1367, and is one that may be removed by UNFI pursuant to 28 U.S.C. §§ 1441(a) and 1441(c) in

1 that it includes claims by Plaintiff Velasquez in the Fifth, Sixth, and Seventh Causes
2 of Action arising under the Uniformed Services Employment and Re-Employment
3 Rights Act (the "USERRA"), 38 U.S.C. § 4301, *et seq.* Under 28 U.S.C. § 1441(c),
4 because the Complaint includes claims arising under the USERRA, the entire State
5 Court Action is removable.

6  7. It appears that upon removal of the State Court Action, Plaintiff Caro's
7 claims, set forth in the First, Second, Third, Fourth, and Seventh Causes of Action,
8 are suitable for remand to the State Court pursuant to 28 U.S.C. § 1441(c)(2)
9 because they are state law claims not within the original or supplemental jurisdiction
10 of this Court.

11  8. The Complaint alleges the following causes of action against UNFI: (1)
12 Violation of the California Fair Employment and Housing Act (the "FEHA"), Cal.
13 Gov. Code § 12940(a), by Plaintiff Caro; (2) Violation of the FEHA, Cal. Gov.
14 Code § 12940(h), by Plaintiff Caro; (3) Violation of the FEHA, Cal. Gov. Code §
15 12940(k), by Plaintiff Caro; (4) Violation of the California Family Rights Act (the
16 "CFRA"), Cal. Gov. Code § 12945.2, by Plaintiff Caro; (5) Violation of the
17 USERRA, 38 U.S.C. § 4301 et seq. and Cal. Mil. & Vet. Code § 394, by Plaintiff
18 Velasquez; (6) Injunctive Relief under USERRA, 38 U.S.C. § 2323(d)(1)(A) and
19 Cal. Mil. & Vet. Code § 395.06, by Plaintiff Velasquez; and (7) Wrongful
20 Termination, by Plaintiff Caro and Plaintiff Velasquez . (*See* Complaint, Exh. 1.)

21  9. The allegations underlying Plaintiff Caro's claims are that UNFI
22 allegedly discriminated against Plaintiff Caro and terminated Plaintiff Caro's
23 employment in alleged violation of the FEHA and the CFRA. (*See* Complaint, Exh.
24 1, at ¶¶ 5-10; 19-20; 21-57; 70-74.) The allegations underlying Plaintiff
25 Velasquez's claims are that UNFI allegedly discriminated against Plaintiff
26 Velasquez and terminated Plaintiff Velasquez's employment in alleged violation of
27 the USERRA. (*See* Complaint, Exh. 1, at ¶¶ 11-19; 58-74.)

28  10. The Fifth and Sixth Causes of Action for violations of and relief under

the USERRA render the Complaint removable under 38 U.S.C. § 4323(b)(3), which provides that United States district courts have jurisdiction over USERRA actions commenced by persons against private employers.  Venue is proper in this court under 38 U.S.C. § 4323(c)(2) because UNFI maintains a place of business in this district.

11. Plaintiff Velasquez's state law claims for violation of the California Military and Veterans Code and for Wrongful Termination are also removable because the Court has supplemental jurisdiction over them under 28 U.S.C. § 1367 in that they arise out of the same facts as his federal claims for violation of the USERRA.  Plaintiff Velasquez bases his Wrongful Termination claim on violation of the USERRA.  (*See* Complaint, Exh. 1, at ¶ 71.)

### Requirements for Removal Under 28 U.S.C. § 1446

12. Fewer than thirty (30) days have elapsed since April 29, 2016, the date that UNFI was served with the Complaint.

13. The State Court Action was filed in the Superior Court of the State of California for the County of Riverside.  This Court is part of the "district and division within which such action is pending."  28 U.S.C. § 1446(a).

14. All pleadings, process, and orders served upon UNFI from the State Court Action accompany this Notice of Removal as required by 28 U.S.C. § 1446(a) are filed currently herewith.  (*See* Exhs 3-7 attached hereto.)

15. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court for the County of Riverside and served on all parties.

16. No other statutes or rules concerning the removal of actions in any way bar or prohibit this Removal.  *Farina v. Mission Inv. Trust*, 615 F.2d 1068, 1075 (5th Cir. 1980).

17. There are no named defendants other than UNFI in this action, and thus there are no other parties which need to join in or consent to the filing of this Notice

1 of Removal.

2     WHEREFORE, pursuant to these statutes and in accordance with the rules and procedures set forth in 28 U.S.C. §§ 1331, 1367, 1441 & 1446, UNFI removes the above-captioned action from the Superior Court of the State of California in and for the County of Riverside to this Court.

Dated: May 26, 2016          Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEREMY J. GRAY
TATIANA SEMERJIAN NUNNERI


By: */s/Jeremy J. Gray*
Attorneys for Defendant
UNITED NATURAL FOODS WEST, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017 USA.

On May 26, 2016, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(A) AND 1441(C)** on the interested parties in this action as follows:

Heather McMillan
Daniel P. Stevens
Stevens & McMillan
335 Centennial Way
Tustin, CA 92780
Tel: 714-730-1000
Fax: 714-730-1067
Email: heather@scmclaw.com
Attorneys for Plaintiffs Nicolas Caro, Martin Velasquez

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Zuber Lawler & Del Duca LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 26, 2016, at Los Angeles, California.

*/s/ Debbie J. Ellis*
Debbie J. Ellis

2241-1002 / 478099.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)